Petition for Writ of Mandamus Denied and
Memorandum Opinion filed June 23, 2010.

 

In
The

Fourteenth
Court of Appeals



NO. 14-10-00535-CV



In Re Wilma Reynolds,
Relator



 



ORIGINAL
PROCEEDING



WRIT OF MANDAMUS



MEMORANDUM
 OPINION

On June 16, 2010, relator, Wilma Reynolds, filed a
petition for writ of mandamus in this Court.  See Tex. Gov’t Code Ann.
§22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asks this Court to compel the Honorable Randall Hufstetler, presiding
judge of the 300th District Court of Brazoria County, to set aside his June 2,
2010 order denying her motion to confer with children in chambers and cause a
record of the interview to be prepared and made part of the record in the
underlying suit to modify the parent-child relationship.  

Relator has not established her entitlement to the
extraordinary relief of a writ of mandamus.  Accordingly, we deny relator’s
petition for writ of mandamus and related emergency motion to stay proceedings. 


                                                                                    PER
CURIAM

 

Panel consists of Justices Anderson, Frost, and Seymore.